In the Matter of the Judicial Settlement of the Account of Proceedings of BENJAMIN B. AVERY and MANUFACTURERS TRUST COMPANY, as Trustees under the Last Will and Testament of ISAAC W. COKEFAIR, Deceased, and Construction of the Will. NEW YORK BAPTIST CITY SOCIETY and Others, Appellants; BENJAMIN B. AVERY and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents Pearl Guest Miller Rogers, Charlotte Hains Guest Herbert and Robert Guest, also known as Charles Robert Guest, payable out of the fund. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.  [173 Misc. 196.]

In the Matter of the Judicial Settlement of the Accounts of Proceedings of EDGAR A. DOUBLEDAY and ERLE V. DAVELER, as Surviving Executors of and Trustees under, and of ANNA B. RONAGHAN and JAMES P. RONAGHAN as Executors, etc., of ARTHUR J. RONAGHAN, Deceased Executor of and Trustee under the Last Will and Testament of CHARLES HAYDEN, Deceased, and the Application of Said Surviving Executors and Trustees, etc. EDGAR A. DOUBLEDAY, as an Executor and Trustee, etc., of CHARLES HAYDEN, Deceased, Appellant; CHARLES HAYDEN FOUNDATION and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.  [172 Misc. 669.]

THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant, v. JOHN P. BOLAND and Others, as Members of and Constituting the New York State Labor Relations Board, Respondents, and AMALGAMATED CHAIN FOOD STORE EMPLOYEES, LOCAL 222, and AMALGAMATED MEAT CUTTERS AND BUTCHER WORKMEN OF NORTH AMERICA, LOCAL 623, Intervenors, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.  [176 Misc. 258.]

WARREN WALTERS, Plaintiff, Respondent, v. RAO ELECTRICAL EQUIPMENT Co., INC., Defendant, Respondent, and PSATY & FHURMAN, INC., Appellant.— Order appealed from unanimously reversed, with twenty dollars costs and disbursements to the appellant against the defendant-respondent and the motion denied.  (See Employers' Liability Assur. Corp. v. Post & McCord, 261 App. Div. 242.) Judgment, as originally entered on March 22, 1940, so far as appealed from, unanimously affirmed, without costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.  [174 Misc. 445.]

JULIA PRIGODINA, Plaintiff, v. THE ELECTRIC COMPANY OF THE DONETZ BASIN (ELEKTRICHESKOYE AKZIONERNOYE OBSCHESTVO DONETSKAGO BASSEINA), Defendant. GERARD BEEKMAN CROOK, Receiver, Appellant; BABCOCK & WILCOX LIMITED, Appearing Specially, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LOUIS K. SCHWARZ and Others, Respondents, v. C. & L. LUNCH COMPANY, INC., Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore,

Cohn and Callahan, JJ.; Dore and Cohn, JJ., dissent and vote to reverse and deny the motion on the ground that there are issues of fact to be tried.